Opinion issued November 22, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00892-CR

NO. 01-11-00929-CR

———————————

In re JONATHAN perkins, a/k/a sedrick perkins, Relator



 



 



Original
Proceedings on Petitions for Writ of Mandamus

 



 

MEMORANDUM OPINION

          In
two petitions for writ of mandamus, relator, Jonathan Perkins, a/k/a Sedrick
Perkins, challenges the trial court’s failure to rule on his pro se motion for
hybrid representation.[1]  A criminal defendant is not entitled to
hybrid representation.  See Robinson v. State, 240 S.W.3d 919,
922 (Tex. Crim. App. 2007); Patrick v. State,
906 S.W.2d 481, 498 (Tex. Crim. App. 1995). 
Further, the law does not require a trial court to rule on pro se
motions filed in a criminal proceeding in which the defendant is represented by
counsel.  See Robinson, 240 S.W.3d at 922. 
A trial court thus does not abuse its discretion by declining to rule on
a defendant’s pro se motion for hybrid representation.

          We deny the petitions for writ of mandamus.  

                                                PER
CURIAM

 

 

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.

Do
not publish.   Tex. R. App. P. 47.2(b).

 











[1]           The
underlying cases are The State of Texas
v. Jonathan Perkins, No. 131708201010 and The State of Texas v. Jonathan Germaine Perkins, 131685401010, both
in the 339th District Court, Harris County, the Honorable Maria T. Jackson
presiding.